IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40143
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JONATHAN BISHOP,
a/k/a Willie Bruce Allen,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-99-CR-97-1
--------------------
August 8, 2000

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Jonathan
Bishop, a/k/a Willie Bruce Allen, has moved for leave to withdraw
and has filed a brief as required by <u>Anders v. California</u>, 386
U.S. 738 (1967).  Bishop has received a copy of counsel's motion
and brief, but has not filed a response.  Our independent review
of the brief and the record discloses no nonfrivolous issue.
Accordingly, counsel's motion for leave to withdraw is GRANTED,

---

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.